# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Lauren Swaringer, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:21-cv-00032-RJC-DSC |
| vs. | |
| PSA Airlines, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 26, 2021 Order.

March 26, 2021

*Frank G. Johns*, Clerk
United States District Court